

**Yankwitt LLP**  140 Grand Street · Suite 705 · White Plains · New York · 10601 · (914) 686-1500 phone · (914) 487-5000 fax · www.yankwitt.com

Russell M. Yankwitt
Kathy S. Marks
Dina L. Hamerman
*George C. Godfrey
Benjamin R. Allee

Craig M. Cepler
Michael H. Reed
Alicia A. Tallbe
Cassandra M. Vogel

*Not admitted in NY

February 20, 2020

**By ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

*[Handwritten: 2/21/2020 Proceeding Stayed pending settlement]*

Re: *O'Toole v. Reifler et al.*, 7:20-cv-1430 (CM) (S.D.N.Y.)

Dear Judge McMahon:

We represent defendant/appellant Lisette Ackerberg ("Ackerberg") in the above-referenced bankruptcy appeal. We write jointly with counsel for Marianne O'Toole, as Chapter 7 Trustee (the "Chapter 7 Trustee"), to respectfully request the Court stay all deadlines in the appeal because the parties have reached a settlement that has been submitted to the Bankruptcy Court for approval pursuant to Fed. R. Civ. P. 9019.

Ackerberg filed this appeal pursuant to 28 U.S.C. § 158(a)(3) – together with a motion for leave to appeal – seeking to reverse a discovery order by the Bankruptcy Court. After Ackerberg filed her notice of appeal, the parties reached a settlement of the Chapter 7 Trustee's claims against Ackerberg. On February 4, 2020, the Chapter 7 Trustee filed a motion for approval of the settlement, which is scheduled for a hearing before the Bankruptcy Court on March 3, 2020. The parties anticipate the Bankruptcy Court will issue an order on the motion at or immediately after that hearing. If the Bankruptcy Court approves the settlement, this appeal would be moot.

Accordingly, in the interests of judicial economy, the parties respectfully request this Court stay any deadlines on this bankruptcy appeal pending the Bankruptcy Court's decision on the pending Rule 9019 motion.

We ~~thank the Court~~ for its attention to this matter.

Respectfully,

YANKWITT LLP

By: *(signature)*
Craig M. Cepler

DOC #: _____
DATE FILED: 2/21/2020

cc:  All Counsel (by ECF)